Form hn002npo (Rev. 10/18)

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

**Thomas Ralph Burns**
**Hilda Collins Burns**
    DEBTORS.

CASE NO. 18−03945−NPO

CHAPTER 7

## NOTICE OF HEARING AND DEADLINES

    Trustmark National Bank has filed a Motion to Abandon and for Relief from the Automatic Stay (the "Motion") (Dkt. #30) with the Court in the above−styled case.

    **Your rights may be affected**. **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you might wish to consult one.)**

    The Court will hold an evidentiary hearing (the "Hearing") on January 7, 2019, at 01:30 PM in the Thad Cochran United States Courthouse, Bankruptcy Courtroom 4C, 501 East Court Street, Jackson, Mississippi, to consider and act upon the Motion.

    If you do not want the Court to grant the Motion, or if you want the Court to consider your views on the Motion, you or your attorney must file a written response explaining your position so that the Court receives it on or before January 2, 2019 (Response Due Date). Please note that a corporation, partnership, trust, or other business entity, other than a sole proprietorship, may appear and act in Bankruptcy Court only through a licensed attorney. Attorneys and Registered Users of the Electronic Case Filing (ECF) system should file any response using ECF. Others should file any response at U.S. Bankruptcy Court, Thad Cochran U.S. Courthouse, 501 East Court Street, Suite 2.300, Jackson, MS 39201. If you file a response, you or your attorney are required to attend the Hearing. The Hearing will be electronically recorded by the Court.

    If you or your attorney do not take these steps, the Court may decide that you do not oppose the Motion. If no response is filed, the Court may consider the Motion and enter an order granting relief before the Hearing date.

Dated: 12/11/18

Danny L. Miller, Clerk of Court
U.S. Bankruptcy Court
501 East Court Street, Suite 2.300
P.O. Box 2448
Jackson, MS 39225−2448
601−608−4600

Courtroom Deputy
601−608−4642 (use to advise of settlement)
601−608−4693

<u>Parties Noticed</u>:

Thomas Ralph Burns, Debtor

Hilda Collins Burns, Joint Debtor

Eileen Shaffer, Esq., Counsel for the Debtors

Derek Henderson, Trustee

United States Trustee

Christopher Meredith, Esq., Counsel for Trustmark National Bank

Les Alvis, Esq.

J. Walter Newman, Esq.