PROCEEDING MEMO AND MINUTES OF
THE CHAPTER 7 § 341 MEETING
DATE: 12/12/18

IN RE: THOMAS RALPH BURNS
HILDA COLLINS BURNS

CASE NO: 18-03945-EE

**APPEARANCES:**
(✓) DEBTOR 1
    (✓) Required picture I.D. produced
    (✓) Required SSN verification produced
    ( ) Pay advices received  Soc. Sec.

(✓) DEBTOR 2 (Spouse in Joint Cases)
    (✓) Required picture I.D. produced
    (✓) Required SSN verification produced
    ( ) Pay advices received  Soc. Sec.

Credit counseling certificate (✓) filed  ( ) not filed
Tax returns received for ___2017___ ___(years) on _____
Financial Documents were (✓) retained by trustee  ( ) returned to debtor(s)
( ) DEBTOR'S REPRESENTATIVE _____
(✓) ATTORNEY FOR DEBTOR(S): __Eileen Shaffer__
( ) DEBTOR(S) APPEARED PRO SE
    YES ( ) NO ( ) If Pro Se, did anyone assist with preparation?
    YES ( ) NO ( ) If Yes, obtain completed pro se form.

THE MEETING OF CREDITORS WAS:
    (✓) HELD
    or
    ( ) NOT HELD
    or
    ( ) NOT CONCLUDED AND IS CONTINUED TO THE ____ DAY OF _____,
20__ AT _____ O'CLOCK ___.M.

YES (✓) NO ( ) Attorney for debtor has filed statement of compensation pursuant to 11 U.S.C. §329.
CREDITOR (s) __Merchants + Planters Bank, Bank First, Bancorp South, Trustmark__
DEBTOR(s) REQUIRED TO:
( ) AMEND Schedules and Statements within _____ Days of 341(a) Meeting.
( ) OTHER: _____
In accordance with Rule 6007, FRBP, the trustee announced an intention to abandon any interest in:
_____

ADDITIONAL NOTES: __Possible Asset__

DATED: __12/12/18__        TRUSTEE: __DEREK A. HENDERSON__
Track # _____    or    Tape # _____  Side _____  Counter Start # _____